SARAH A. O'REILLY, as Sole Executrix, etc., of HUGH O'REILLY, Deceased, Appellant, v. PATRICK SKELLY, Respondent, Impleaded with WILLIAM P. FOGARTY, Individually and as Administrator with the Will Annexed, etc., of PATRICK A. FOGARTY, Deceased, and Others, Defendants.* (No. 2.)

First Department, February 8, 1907.

APPEAL by the plaintiff, Sarah A. O'Reilly, as executrix, etc., from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 10th day of December, 1906, directing the plaintiff to serve an amended complaint separately stating and numbering the alleged causes of action attempted to be pleaded.

*Edward W. S. Johnston* of counsel [*Johnston & Johnston*, attorneys], for the appellant.

*Richard H. Clarke, Jr.*, of counsel [*Clarke & Clarke*, attorneys], for the respondent.

PER CURIAM:

This is an appeal from an order requiring the service of an amended complaint, and the matters relating thereto have been considered in the memorandum on the appeal from the order of December twenty-seventh (117 App. Div. 559), handed down herewith.

The order appealed from should be affirmed, without costs.

Present — PATTERSON, P. J., INGRAHAM, LAUGHLIN, CLARKE and SCOTT, JJ.

Order affirmed, without costs. Order filed.

---

* See *O'Reilly* v. *Skelly, No. 1 (ante*, p. 559).—[REP.